# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D23-2860
LT Case No. 2018-CF-009646-A

———————————————————

CURTIS E. PENDERGRASS,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

———————————————————

3.800 appeal from the Circuit Court for Duval County.
Kevin A. Blazs, Judge.

Curtis E. Pendergrass, Graceville, pro se.

Ashley Moody, Attorney General, and Adam B. Wilson, Assistant Attorney General, Tallahassee, for Appellee.

January 26, 2024

PER CURIAM.

   AFFIRMED. *See* Fla. R. App. P. 9.315(a).

JAY and KILBANE, JJ., concur.
MAKAR, J., concurs in result, with opinion.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

MAKAR, J., concurring in result, with opinion.

I concur in affirmance but do not rely on the summary affirmance rule in doing so.